# Intended Notice Recipients – Method of Notice

District/Off: 0209−1  User: sturckler  Date Created: 11/7/2007
Case: 1−04−01302−MJK  Form ID: pdfattch  Total: 16

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| pla | Daniel E. Brick | dbricktrustee@aol.com, n187@ecfcbis.com |
| aty | Daniel F. Brown | dbrown@damonmorey.com, mbrennan@damonmorey.com |
| aty | Gregory J. Mascitti | gmascitti@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com, sfoster@nixonpeabody.com |
| aty | Henry R. Ippolito | hri@cdlawyers.com, mlr@cdlawyers.com |
| aty | Janet G. Burhyte | jburhyte@gross−shuman.com, mmagaris@gross−shuman.com, lschlueter@gross−shuman.com |
| aty | Robert J. Feldman | rfeldman@gross−shuman.com, lschlueter@gross−shuman.com, mmagaris@gross−shuman.com |
| aty | Robert J. Feldman | rfeldman@gross−shuman.com, lschlueter@gross−shuman.com, mmagaris@gross−shuman.com |

TOTAL: 7

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| dft | John L. Hutchins | 606 Mountain View Road | Lewiston, NY 14092 | |
| dft | Hutch Enterprises, Inc. | 7510 Porter Road | Niagara Falls, NY 14304 | |
| dft | General Parts, Inc. | P.O. Box 26006 | Raleigh, NC 27611 | |
| dft | Michael Dowd, Esq. | 920 Center Street | P.O. Box 1238 | Lewiston, NY 14092 |
| dft | Argilus LLC | 171 Sullys Trail | Pittsford, NY 14534 | |
| aty | Gross, Shuman, Brizdle &Gilfillan, P.C. | 465 Main Street | Suite 600 | Buffalo, NY 14203 |
| crc | Hutch Enterprises, Inc. | 7510 Porter Road | Niagara Falls, NY 14304 | |
| crc | John L. Hutchins | 606 Mountain View Road | Lewiston, NY 14092 | |
| crd | General Parts, Inc. | P.O. Box 26006 | Raleigh, NC 27611 | |

TOTAL: 9